

MAY 24 2023



United States District Court
Eastern District of California

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

| Tr.'s of N. CA Gen. Tmstrs Sec. Fund |

Plaintiff(s)

Case Number: 1:23-cv-00279-SKO

V.

| Aramark Sports, LLC |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Melissa D. Hill hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Aramark Sports, LLC

On  02/28/2012  (date), I was admitted to practice and presently in good standing in the Southern District of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/22/2023      Signature of Applicant: /s/ Melissa D. Hill

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Melissa D. Hill |
| Law Firm Name: | Morgan, Lewis, & Bockius LLP |
| Address: | 101 Park Avenue |
| City: | New York, NY 10178   State: NY   Zip: 10178 |
| Phone Number w/Area Code: | (212) 309-6000 |
| City and State of Residence: | Brooklyn, New York |
| Primary E-mail Address: | melissa.hill@morganlewis.com |
| Secondary E-mail Address: | melissa.hill@morganlewis.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Nicole L. Antonopoulos |
| Law Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | One Market, Spear Street Tower |
| City: | San Francisco   State: CA   Zip: 94105 |
| Phone Number w/Area Code: | (415) 442-1000   Bar #: 306882 |

**ORDER**

Dated: 5/24/2023

*[signature]*
JUDGE, U.S. DISTRICT COURT