MORGAN, LEWIS & BOCKIUS LLP
Miranda M. Rowley, Bar No. 328173
miranda.rowley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

Melissa D. Hill, pro hac vice
melissa.hill@morganlewis.com
101 Park Ave.
New York, NY 10178-0060
+1.212.309.6318
+1.212.309.6001

Thomas H. Severson, pro hac vice
tom.severson@morganlewis.com
110 North Wacker Drive
Suite 2800
Chicago, IL 60606
Tel:    +1.312.342.1000
Fax:    +1.312.342.1001
Attorneys for Defendant Aramark Sports, LLC

BEESON, TAYER & BODINE, APC
Catherine E. Holzhauser, Bar No. 118756
Abel Rodriguez, Bar No. 328407
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone:     (916) 325-2100
Facsimile:     (916) 325-2120
Email: cholzhauser@beesontayer.com
Attorneys for Plaintiff Trustees on Behalf of
Northern California General Teamsters Security
Fund

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>ARAMARK SPORTS, LLC,<br><br>                    Defendant. | Case No. 1:23-cv-00279-JLT-SKO<br><br>**STIPULATION TO AMEND SCHEDULING; ORDER**<br><br>**(Doc. 27)** |

Plaintiff Trustees on Behalf of Northern California General Teamsters Security Fund ("Plaintiff") and Defendant Aramark Sports, LLC ("Defendant") (Plaintiff and Defendant are collectively referred to herein as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on July 11, 2023, this Court issued its initial scheduling order in this matter, which set forth certain deadlines, including a March 8, 2024, deadline for non-expert discovery.  *See* Dkt. 23.

**WHEREAS**, the parties have been meeting and conferring regarding potential settlement of this case, and intend to conduct a further audit of certain records to determine the scope of the settlement, which the parties are hopeful will facilitate a full resolution of this dispute;

**WHEREAS**, the parties were unable to complete this audit prior to the non-expert discovery deadline, but anticipate that it will take place soon;

**WHEREAS**, the parties would prefer to focus their resources on completing the audit and hopefully resolving the dispute and thus have jointly agreed to request the following modifications to the current schedule:

| Table A | | | |
|---|---|---|---|
| **Category** | **Deadline** | **Current Deadline** | **Proposed Deadline** |
| Discovery Deadlines | Initial Disclosures | August 31, 2023 | *No Change* |
| | Non Expert Discovery | March 8, 2024 | May 24, 2024 |
| | Expert Disclosures | April 11, 2024 | June 7, 2024 |
| | Rebuttal Expert Disclosures | April 25, 2024 | June 18, 2024 |
| | Expert Discovery | June 6, 2024 | July 3, 2024 |
| Non-Dispositive Motion Deadlines | Filing | June 20, 2024 | July 12, 2024 |
| | Hearing | July 24, 2024 | August 8, 2024 |
| Dispositive Motion Deadlines | Filing | July 22, 2024 | August 6, 2024 |
| | Hearing | September 3, 2024 | September 17, 2024 |

| | | |
|---|---|---|
| Deadline to Provide Proposed Settlement Conference Dates | November 20, 2024 | *No Change* |
| Pre-Trial Conference | December 16, 2024 | *No Change* |
| Trial | February 18, 2025 | *No Change* |

**WHEREAS**, the requested schedule amendment will not alter the current trial date in this matter, and good cause exists to extend the deadlines. *See* Decl. of T. Severson, attached hereto as Exhibit A.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and through the Parties' respective counsel, that the Court amend the schedule as reflected in Table A above.

**IT IS SO STIPULATED.**

Dated: March 8, 2024                             MORGAN, LEWIS & BOCKIUS LLP


By  */s/ Thomas H. Severson*
        Melissa D. Hill
        Thomas H. Severson
        Miranda M. Rowley


Attorneys for Defendant ARAMARK SPORTS, LLC


Dated: March 8, 2024                             BEESON, TAYER & BODINE, APC


By  */s/ Abel Rodriguez*
        Catherine E. Holzhauser
        Abel Rodriguez

Attorneys for Plaintiff TRUSTEES ON BEHALF OF NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No. 1:23-cv-00279-SKO

STIPULATION TO AMEND SCHEDULING ORDER

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 8, 2024                    MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Miranda M. Rowley*
     Miranda M. Rowley

Attorneys for Defendant ARAMARK SPORTS, LLC

**ORDER**

The Court, having considered the Joint Stipulation to Amend Scheduling Order (Doc. 27), finds good cause and ORDERS THAT the scheduling order (Doc. 23) is amended as follows:

| Category | Deadline | Current Deadline | Proposed Deadline |
|---|---|---|---|
| Discovery Deadlines | Initial Disclosures | August 31, 2023 | *No Change* |
| | Non Expert Discovery | March 8, 2024 | May 24, 2024 |
| | Expert Disclosures | April 11, 2024 | June 7, 2024 |
| | Rebuttal Expert Disclosures | April 25, 2024 | June 18, 2024 |
| | Expert Discovery | June 6, 2024 | July 3, 2024 |
| Non-Dispositive Motion Deadlines | Filing | June 20, 2024 | July 12, 2024 |
| | Hearing | July 24, 2024 | August 21, 2024[1] |
| Dispositive Motion Deadlines | Filing | July 22, 2024 | August 6, 2024 |
| | Hearing | September 3, 2024 | September 17, 2024 |
| Deadline to Provide Proposed Settlement Conference Dates | | November 20, 2024 | *No Change* |
| Pre-Trial Conference | | December 16, 2024 | *No Change* |
| Trial | | February 18, 2025 | *No Change* |

IT IS SO ORDERED.

Dated:   **March 11, 2024**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline has been amended to comply with Local Rule 230(b).