MORGAN, LEWIS & BOCKIUS LLP
Nicole L. Antonopoulos, SBN 306882
nicole.antonopoulos@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Melissa D. Hill, pro hac vice
melissa.hill@morganlewis.com
101 Park Ave.
New York, NY 10178-0060
+1.212.309.6318
+1.212.309.6001

Thomas H. Severson, pro hac vice
tom.severson@morganlewis.com
110 North Wacker Drive
Suite 2800
Chicago, IL 60606
Tel:    +1.312.342.1000
Fax:    +1.312.342.1001

Attorneys for Defendant Aramark Sports, LLC

BEESON, TAYER & BODINE, APC
Catherine E. Holzhauser, Bar No. 118756
Abel Rodriguez, Bar No. 328407
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone:    (916) 325-2100
Facsimile:     (916) 325-2120
Email: cholzhauser@beesontayer.com
Attorneys for Plaintiff Trustees on Behalf of
Northern California General Teamsters Security
Fund

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ARAMARK SPORTS, LLC,<br><br>Defendant. | Case No. 1:23-cv-00279-JLT SKO<br><br>**STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Plaintiff Trustees on Behalf of Northern California General Teamsters Security Fund ("Plaintiff") and Defendant Aramark Sports, LLC ("Defendant") (Plaintiff and Defendant are collectively referred to herein as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on March 11, 2024, the Court issued an Order amending the Scheduling Order to allow the Parties additional time to meet and confer regarding potential settlement of this case;

**WHEREAS**, the Parties have conducted a further audit of certain records to determine the scope of a potential settlement, and they would like more time to meet and confer to continue their productive discussions about the audit as well as the claims and defenses in this action;

**WHEREAS**, while the Parties continue their assessment of the audit, claims, and defenses, the Parties would like to conserve judicial resources as well as their own time and resources;

**WHEREAS**, the Parties have met and conferred and agreed to continue the discovery deadlines to allow the Parties a meaningful opportunity to assess the claims and defenses and explore potential settlement before they need to complete discovery;

**WHEREAS**, the Parties have agreed that there is good cause to continue the discovery deadlines as follows:

| Table A | | | |
|---|---|---|---|
| **Category** | **Deadline** | **Current Deadline** | **Proposed Deadline** |
| | Non-Expert Discovery | May 24, 2024 | July 31, 2024 |
| | Expert Disclosures | June 7, 2024 | July 8, 2024 |
| | Rebuttal Expert Disclosures | June 18, 2024 | July 16, 2024 |
| | Expert Discovery | July 3, 2024 | July 31, 2024 |

| Non-Dispositive Motion Deadlines | Filing | July 12, 2024 | *No Change* |
|---|---|---|---|
| | Hearing | August 21, 2024 | *No Change* |
| Dispositive Motion Deadlines | Filing | August 6, 2024 | *No Change* |
| | Hearing | September 17, 2024 | *No Change* |
| Deadline to Provide Proposed Settlement Conference Dates | | November 20, 2024 | *No Change* |
| Pre-Trial Conference | | December 16, 2024 | *No Change* |
| Trial | | February 18, 2025 | *No Change* |

**WHEREAS**, the requested schedule amendment will not alter the current trial date in this matter, and good cause exists to extend the deadlines.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and through the Parties' respective counsel, that the Court amend the schedule as reflected in Table A above.

**IT IS SO STIPULATED.**

Dated: May 24, 2024                                MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Thomas H. Severson*
    Melissa D. Hill
    Thomas H. Severson
    Nicole L. Antonopoulos

Attorneys for Defendant ARAMARK SPORTS, LLC

Dated: May 24, 2024                                BEESON, TAYER & BODINE, APC

By  */s/ Abel Rodriguez*
    Catherine E. Holzhauser
    Abel Rodriguez

Attorneys for Plaintiff TRUSTEES ON BEHALF OF NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND

# **ORDER**

The Court, having considered the Joint Stipulation to Amend the Scheduling Order (Doc. 30), finds good cause to approve the Joint Stipulation to Amend Scheduling Order and ORDERS THAT the scheduling order is amended as follows:

| Category | Deadline | Previous Deadline | New Deadline |
|---|---|---|---|
| Discovery Deadlines | Non-Expert Discovery | May 24, 2024 | July 31, 2024 |
| | Expert Disclosures | June 7, 2024 | July 8, 2024 |
| | Rebuttal Expert Disclosures | June 18, 2024 | July 16, 2024 |
| | Expert Discovery | July 3, 2024 | July 31, 2024 |

IT IS SO ORDERED.

Dated: **May 29, 2024**          /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE